JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| LUSHU WANG,<br><br>              Petitioner,<br><br>      v.<br><br>DAVID MARIN, et al.,<br><br>              Respondents. | Case No. EDCV 26-1910-AS<br><br>**JUDGMENT** |

Pursuant to the Order granting unopposed petition,

**IT IS ADJUDGED** that the Petition is GRANTED.

DATED: April 24, 2026

                                   _____/s/_____
                                   ALKA SAGAR
                                   UNITED STATES MAGISTRATE JUDGE